## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL CONNELLY | : | |
|     Plaintiff, | : | CIVIL NO.3:04CV00553(JCH) |
| | : | |
| v. | : | |
| | : | |
| IKON OFFICE SOLUTIONS, INC. | : | |
|     Defendant | : | November 5, 2004 |

### PLAINTIFF'S MOTION TO WITHDRAW ACTION UNDER F.R.Civ.P. 41A

Pursuant to agreement of the parties, Plaintiff moves to withdraw with prejudice complaint docketed at, number 304CV00553, which was filed on April 2, 2004, as a 1981 Civil Rights claim.

        PLAINTIFF

        CAROL CONNELLY


        BY:_/S/_____
        THE PLAINTIFF
        CYNTHIA R. JENNINGS, ESQ.
        Federal Bar Number ct21797
        THE BARRISTER LAW GROUP, LLC
        211 State Street, 2nd Floor
        Bridgeport, CT 06604
        HER ATTORNEY

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Withdraw complaint 304CV00553 1981 Civil Rights claim was mailed via U.S. mail today November 5, 2004, to all counsel of record as shown below:

Margaret Strange, Esq.,
Holly Cini, Esq.,
Jackson Lewis LLP.,
55 Farmington Ave.
Hartford, CT 06105

 

_____
CYNTHIA R. JENNINGS, ESQ.